NUMBER 13-07-379-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


ALBERTO MORALES, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the County Court


of Matagorda County, Texas.


________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, ALBERTO MORALES, perfected an appeal from a judgment entered
by the County Court of Matagorda County, Texas, in cause number 20-050934. 
Appellant has filed a motion to withdraw the appeal. The motion complies with Tex.
R. App. P. 42.2(a).

 The Court, having considered the documents on file and appellant's motion to
withdraw the appeal, is of the opinion that appellant's motion to withdraw the appeal
should be granted. Appellant's motion to withdraw the appeal is granted, and the
appeal is hereby DISMISSED.

 PER CURIAM


Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 16th day of August, 2007.